UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

Lindsay Ann Duneske
,
Plaintiff,

v.

FACEBOOK, INC.,
Defendant.

Case No.:

Judge:

Case: 2:24−cv−11334
Assigned To : Borman, Paul D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 5/21/2024
Description: CMP DUNESKE V. FACEBOOK, INC (NA)

ASSERTION OF RIGHTS CLAIM OF HARM AND
TRESPASS WITH DEMAND FOR TRIAL BY JURY

I.   INTRODUCTION

Lindsay Ann Duneske ("Lindsay Ann") hereby brings this action against Facebook, Inc. ("Defendant"), seeking redress for violations of her rights under color of law. Lindsay Ann has evidence that Facebook conspired and colluded with the FBI in each allegation, and demands a trial by jury to address the following claims of harm and trespass.

II.   PARTIES

1. Lindsay Ann Duneske is a resident of the Eastern District of Michigan.
2. Facebook, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Menlo Park, California.

III.   JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 as this case arises under the Constitution and laws of the United States.
4. Venue is proper in the Eastern District of Michigan pursuant to 28 U.S.C. § 1391(b) as the events giving rise to the claims occurred within this district.

IV.   FACTUAL ALLEGATIONS

5. Facebook, in collusion with the FBI, engaged in actions constituting malicious prosecution against Lindsay Ann.

6. Facebook, in conspiracy with the FBI, discriminated against Lindsay Ann based on her religious and philosophical views.
7. Facebook, in conspiracy with the FBI, violated Lindsay Ann's freedom of speech by unlawfully censoring her communications and content on their platform.
8. Facebook, in collusion with the FBI, denied Lindsay Ann due process by participating in actions that lacked fair legal procedures.
9. Facebook, in conspiracy with the FBI, failed to provide equal treatment under the law, targeting Lindsay Ann unfairly and disproportionately.
10. Facebook, in collusion with the FBI, engaged in unlawful surveillance of Lindsay Ann's online activities, infringing upon her privacy rights.
11. Facebook, in conspiracy with the FBI, tampered with Lindsay Ann as a witness by interfering with her ability to communicate and present evidence to the public through censorship. Facebook's censorship of Lindsay Ann's communications and content prevented her from effectively sharing information and communicating her side of the story, thereby tampering with her ability to act as a witness in her own defense. This interference constitutes tampering with a witness by inhibiting Lindsay Ann's ability to present evidence and communicate effectively with the public.
12. Facebook's actions, in collusion with the FBI, amount to treason, torturing Lindsay Ann through persistent harassment and intimidation.
13. Facebook, in conspiracy with the FBI, cyberbullied Lindsay Ann, subjecting her to online harassment and abusive conduct.

## V. CLAIM AND ASSERTION OF RIGHT TO REQUIRED RELIEF

COUNT I: VIOLATION OF CIVIL RIGHTS UNDER COLOR OF LAW (42 U.S.C. § 1983)

14. Lindsay Ann re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 13 as if fully set forth herein.
15. Facebook, acting in collusion with the FBI, deprived Lindsay Ann of her rights, privileges, and immunities secured by the Constitution and laws of the United States, including but not limited to:

COUNT II: TRESPASS

16. Lindsay Ann re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 13 as if fully set forth herein.
17. Facebook, in conspiracy with the FBI, trespassed on Lindsay Ann's personal rights by unlawfully surveilling her and interfering with her digital presence without consent.

COUNT III: HARASSMENT AND INTIMIDATION

18. Lindsay Ann re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 13 as if fully set forth herein.

19. Facebook, in collusion with the FBI, engaged in a pattern of harassment and intimidation, causing Lindsay Ann severe emotional distress and harm.

## VI. VIOLATION OF UNITED STATES CODE TITLE 18, SECTIONS 241 AND 242

20. Lindsay Ann re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 19 as if fully set forth herein.
21. Facebook, in collusion with the FBI, violated Lindsay Ann's rights under Title 18, United States Code, Sections 241 and 242, which prohibit conspiracies to deprive individuals of their civil rights under color of law, and the willful deprivation of rights under color of law, respectively.

## VII. DISCOVERY REQUEST

22. Lindsay Ann requests all account information and communications between all governmental agencies, agents, or officers pertaining to her or her account maintained by Facebook, Inc.

## VIII. RESTRAINING ORDER RIGHTS

22. Lindsay Ann Duneske asserts her rights to seek a federal restraining order prohibiting Facebook or any governmental agencies, officers, or agents from censoring her on any social media platforms. Such censorship infringes upon her freedom of speech and violates her constitutional rights, preventing her from having her side of the story heard by the press and court of public opinion.

VIIII. DEMAND FOR RELIEF

WHEREFORE, Lindsay Ann Duneske demands this court grant the required relief under the law against Facebook, Inc. as follows:

A. Compensatory damages in an amount to be determined at trial.
B. Punitive damages in an amount to be determined at trial.
C. An order enjoining Facebook, Inc. from continuing the unlawful practices described herein.
D. Attorneys' fees and costs incurred in this action.
E. Such other and further relief as the Court deems just and proper.
F. Immediate award of interim funds for reasonable living expenses, costs, and provisions to sustain Lindsay Ann Duneske through the proceedings. The malicious prosecution prevents Lindsay Ann Duneske from being able to work in the public, and filing court documents to stop the malicious prosecution takes up almost all of her time.
G. Lindsay Ann Duneske's rights to seek a federal restraining order

1. I declare under penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct.

   Lindsay Ann Duneske, Living Woman
   Sui Juris in Propria Persona Petitioner
   /s/ *Lindsay Ann Duneske*
   Phone # 734-508-5593
   2173 Moeller Ave
   Ypsilanti MI 48198
   Faithispower777@gmail.com

Dated this 5-21-2024